BEFORE THE THIRD DIVISION, APRIL 23, 1969

**No. P69/120.**—Parksmith Corp. *v.* United States, protests 60/15310 and 60/15312 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and sau-

cers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.